```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    ROSEANNE LIU
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-05-143 GEB
                                 )
13               Plaintiff,      )
                                 )  STIPULATION AND ORDER
14        v.                     )
                                 )
15  ROSEANNE LIU,                )  Date:  May 27, 2005
                                 )  Time:  9:00 a.m.
16               Defendant.      )  Judge: Garland E. Burrell, Jr.
                                 )
17  _____)

18
```

19      It is hereby stipulated between the parties, Patrick K. Hanly,
20 Assistant United States Attorney, attorney for Plaintiff, and Mary M.
21 French, attorney for defendant, that the status conference hearing date
22 of May 6, 2005 be vacated and a new Status Conference date of May 27,
23 2005 at 9:30 a.m. be set.

24      This continuance is being requested to provide time for defense
25 counsel to review discovery recently provided by the government and to
26 discuss that discovery with her client.

27      The period from May 6, 2005 through and including May 27, 2005
28 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

1  Code T4 based upon continuity of counsel and defense preparation.
2  Dated: May 9, 2005
3                                        Respectfully submitted,
4                                        QUIN DENVIR
                                         Federal Defender
5
                                         /s/ Mary M. French
6                                        _____
                                         MARY M. FRENCH
7                                        Assistant Federal Defender
                                         Attorney for Defendant
8                                        ROSEANNE LIU
9
10 Dated: May 9, 2005                    MCGREGOR W. SCOTT
                                         United States Attorney
11
12                                       /s/  Mary M. French for
                                              Patrick K. Hanly
13                                       _____
                                         PATRICK K. HANLY
14                                       Assistant U.S. Attorney
                                         per telephonic authorization
15
16                                **ORDER**
17 **IT IS SO ORDERED.**
18 Dated:  May 10, 2005
19
                                         /s/ Garland E. Burrell, Jr.
20                                       GARLAND E. BURRELL, JR.
                                         United States District Judge
21
22
23
24
25
26
27
28

Stipulation & Order                      2