```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd  Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-143 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ROSEANNE LIU, ) | Date:    June 24, 2005 |
| ) | Time:    9:00 a.m. |
| Defendant. ) | Judge:   Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Patrick K. Hanly, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of May 27, 2005 be vacated and a new Status Conference date of June 24, 2005 at 9:30 a.m. be set.

This continuance is being requested to allow defense counsel additional time to prepare, to review recently received discovery, to conduct ongoing investigation, and to obtain any outstanding discovery.

The period from May 27, 2005 through and including June 24, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

1  Code T4 based upon continuity of counsel and defense preparation.
2  Dated: May 26, 2005
3                                          Respectfully submitted,
4                                          QUIN DENVIR
                                           Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          ROSEANNE LIU
9
10 Dated: May 26, 2005                     MCGREGOR W. SCOTT
                                           United States Attorney
11
12                                         /s/ Mary M. French for
                                           _____
13                                         PATRICK K. HANLY
                                           Assistant U.S. Attorney
14                                         per telephonic authorization
15
16                                      **ORDER**
17 **IT IS SO ORDERED.**
18 Dated:  May 26, 2005
19
                                           /s/ Garland E. Burrell, Jr.
20                                         GARLAND E. BURRELL, JR.
                                           United States District Judge
21
22
23
24
25
26
27
28

Stipulation & Order                        2