```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd  Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    ROSEANNE LIU
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  No. CR-S-05-143 GEB
                                    )
13               Plaintiff,         )
                                    )  STIPULATION AND ORDER
14       v.                         )
                                    )
15  ROSEANNE LIU,                   )  Date:    July 22, 2005
                                    )  Time:    9:00 a.m.
16               Defendant.         )  Judge:   Garland E. Burrell, Jr.
                                    )
17  _____  )

18
```

19       It is hereby stipulated between the parties, Robert Tice-Raskin,
20  Assistant United States Attorney, attorney for Plaintiff, and Mary M.
21  French, attorney for defendant, that the status conference hearing date
22  of June 24, 2005 be vacated and a new Status Conference hearing date of
23  July 22, 2005 at 9:00 a.m. be set.
24       Defense counsel seeks additional time to obtain and analyze
25  records that have just been recently ordered and to conduct further
26  interviews with Ms. Liu in regard to her defense options.
27       The period from June 24, 2005 through and including July 22, 2005
28  should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

1  Code T4 based upon continuity of counsel and defense preparation.
2  Dated: June 23, 2005

3                                    Respectfully submitted,

4                                    QUIN DENVIR
                                     Federal Defender

5                                    /s/ Mary M. French
6                                    _____
                                     MARY M. FRENCH
7                                    Assistant Federal Defender
                                     Attorney for Defendant
8                                    ROSEANNE LIU

10 Dated: June 23, 2005              MCGREGOR W. SCOTT
                                     United States Attorney

12                                   /s/ Mary M. French for
13                                   _____
                                     ROBERT TICE-RASKIN
                                     Assistant U.S. Attorney
14                                   per telephonic authorization

16                                **ORDER**

17 **IT IS SO ORDERED.**

18 Dated:   June 23, 2005

19                                   /s/ Garland E. Burrell, Jr.
20                                   GARLAND E. BURRELL, JR.
                                     United States District Judge