QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR-S-05-143 GEB |
|                       )            Plaintiff, ) | STIPULATION AND ORDER |
|       v.                            ) | |
| ROSEANNE LIU,                       ) | Date:    September 9, 2005 |
|                       )            Defendant. ) | Time:    9:00 a.m.<br>Judge:   Garland E. Burrell, Jr. |
| _____ ) | |

    It is hereby stipulated between the parties, Robert Tice-Raskin, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of July 22, 2005 be vacated and a new status conference hearing date of September 9, 2005 at 9:00 a.m. be set.

    Defense counsel seeks additional time to obtain and analyze records that have been previously ordered and to conduct further interviews with Ms. Liu in regard to her defense options.  Also, undersigned counsel will also be out of the district during the month of August.

1   The period from July 22, 2005 through and including September 9,
2 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and
3 Local Code T4 based upon continuity of counsel and defense preparation.
4 Dated: July 19, 2005

                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ROSEANNE LIU


Dated: July 19, 2005                MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Mary M. French for
                                    _____
                                    ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney
                                    per telephonic authorization


                                **ORDER**

**IT IS SO ORDERED.**

Dated:  July 20, 2005


                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stipulation & Order                 2