```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd  Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    ROSEANNE LIU
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-05-143 GEB
                                   )
13             Plaintiff,          )
                                   )  STIPULATION AND ORDER
14       v.                        )
                                   )
15  ROSEANNE LIU,                  )  Date:   November 18, 2005
                                   )  Time:   9:00 a.m.
16             Defendant.          )  Judge:  Garland E. Burrell, Jr.
                                   )
17  _____  )

18
```

19    It is hereby stipulated between the parties, Robert Tice-Raskin,

20 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

21 French, attorney for defendant, that the status conference hearing date

22 of October 14, 2005 be vacated and a new status conference hearing date

23 of November 18, 2005 at 9:00 a.m. be set.

24    Defense counsel continues to need additional time to obtain and

25 analyze records that have been previously ordered and to conduct

26 further interviews with Ms. Liu in regard to her defense options.

27    The period from October 14, 2005 through November 18, 2005 should

28 be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

based upon continuity of counsel and defense preparation.

Dated: October 13, 2005

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Defender

                                            /s/ Mary M. French

                                            _____
                                            MARY M. FRENCH
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            ROSEANNE LIU

Dated: October 13, 2005            MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Mary M. French for

                                            _____
                                            ROBERT TICE-RASKIN
                                            Assistant U.S. Attorney
                                            per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

DATED:   October 14, 2005

                                            <u>/s/ Garland E. Burrell, Jr.</u>
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge