QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. CR-S-05-143 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ROSEANNE LIU, ) | Date:  December 16, 2005 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Robert Tice-Raskin, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of November 18, 2005 be vacated and a new status conference hearing date of December 16, 2005 at 9:00 a.m. be set.

Defense counsel continues to need additional time to obtain and analyze records that have been previously ordered and to conduct further interviews with Ms. Liu in regard to her defense options.

The period from November 18, 2005 through December 16, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

1  Code T4 based upon continuity of counsel and defense preparation.

2  Dated: November 29, 2005

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                           Federal Defender

5                                          /s/ Mary M. French

6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          ROSEANNE LIU

9

10 Dated: November 29, 2005                MCGREGOR W. SCOTT
                                           United States Attorney
11

12                                         /s/ Mary M. French for

13                                         _____
                                           ROBERT TICE-RASKIN
                                           Assistant U.S. Attorney
14                                         per telephonic authorization

15

16                              **ORDER**

17 **IT IS SO ORDERED.**

18 DATED:  November 29, 2005

19                                         /s/ Garland E. Burrell, Jr.
                                           GARLAND E. BURRELL, JR.
20                                         United States District Judge