```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-143 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ROSEANNE LIU, ) | Date:  January 27, 2006 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Robert Tice-Raskin, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of December 16, 2005 be vacated and a new status conference hearing date of January 27, 2006 at 9:00 a.m. be set.

Defense counsel continues to need additional time to obtain and analyze records that have been previously ordered and to conduct ongoing interviews with Ms. Liu in regard to her defense options.

The period from December 16, 2005 through January 27, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

based upon continuity of counsel and defense preparation.

Dated: December 15, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                  Federal Defender

                                        /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ROSEANNE LIU

Dated: December 15, 2005            MCGREGOR W. SCOTT
                                    United States Attorney

                                        /s/ Mary M. French for
                                    _____
                                    ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney
                                    per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

DATED:   December 16, 2005

                                      /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge