1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd  Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   ROSEANNE LIU
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    ) No. CR-S-05-143 GEB
                                )
13              Plaintiff,      )
                                ) STIPULATION AND ORDER
14      v.                      )
                                )
15 ROSEANNE LIU,                ) Date:  March 24, 2006
                                ) Time:  9:00 a.m.
16              Defendant.      ) Judge: Garland E. Burrell, Jr.
                                )
17 _____ )

18

19     It is hereby stipulated between the parties, Robert Tice-Raskin,

20 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

21 French, attorney for defendant, that the status conference hearing date

22 of January 27, 2006 be vacated and a new status conference hearing date

23 of March 24, 2006 at 9:00 a.m. be set.

24     Defense counsel continues to need additional time to analyze

25 records, to conduct ongoing interviews, and research guideline issues

26 regarding Booker.

27     The period from January 27, 2006 through March 24, 2006 should be

28 excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

1 | based upon continuity of counsel and defense preparation.
2 | Dated: December 15, 2005
3 |     Respectfully submitted,
4 |     QUIN DENVIR
    Federal Defender
5 |
    /s/ Mary M. French
6 | _____
    MARY M. FRENCH
7 |     Assistant Federal Defender
    Attorney for Defendant
8 |     ROSEANNE LIU
9 |
10 | Dated: December 15, 2005     MCGREGOR W. SCOTT
    United States Attorney
11 |
12 |     /s/ Mary M. French for
13 | _____
    ROBERT TICE-RASKIN
    Assistant U.S. Attorney
14 |     per telephonic authorization
15 |
16 |     **ORDER**
17 | **IT IS SO ORDERED.**
18 | Dated:  February 1, 2006
19 |
20 |     /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.
    United States District Judge
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Stipulation & Order      2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28