DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-143 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| ROSEANNE LIU, | ) | Date:  June 2, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Robert Tice-Raskin, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of May 5, 2006 be vacated and a new status conference hearing date of June 2, 2006 at 9:00 a.m. be set.

Defense counsel continues to need additional time to analyze records, to conduct ongoing interviews, and research guideline issues regarding Booker.

The period from May 5, 2006 through and including June 2, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

Code T4 based upon continuity of counsel and defense preparation.

Dated: May 4, 2006

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Acting Federal Defender

                                   /s/ Mary M. French
                                   _____
                                   MARY M. FRENCH
                                   Supervising Assistant Federal
                                   Defender
                                   Attorney for Defendant
                                   ROSEANNE LIU

Dated: May 4, 2006                    MCGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Mary M. French for
                                   _____
                                   ROBERT TICE-RASKIN
                                   Assistant U.S. Attorney
                                   per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  May 10, 2006

                             /s/ Garland E. Burrell, Jr.
                             GARLAND E. BURRELL, JR.
                             United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28