DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-143 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ROSEANNE LIU, ) | Date: June 16, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Robert Tice-Raskin, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of June 2, 2006 be vacated and a new status conference hearing date of June 16, 2006 at 9:00 a.m. be set.

Defense counsel continues to need additional time to analyze records, to conduct ongoing interviews, and research guideline issues regarding Booker.

The period from June 2, 2006 through and including June 16, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

1  Code T4 based upon continuity of counsel and defense preparation.
2  Dated: June 1, 2006
3                                                  Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
ROSEANNE LIU

Dated: June 1, 2006        MCGREGOR W. SCOTT
                           United States Attorney

                           /s/ Mary M. French for
                           _____
                           ROBERT TICE-RASKIN
                           Assistant U.S. Attorney
                           per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 2, 2006

                           /s/ Garland E. Burrell, Jr.
                           GARLAND E. BURRELL, JR.
                           United States District Judge

Stipulation & Order                     2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28