DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-143 GEB |
| Plaintiff, ) | |
| v. ) | AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| ROSEANNE LIU, ) | |
| Defendant. ) | Date: July 7, 2006<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Robert Tice-Raskin, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of June 16, 2006 be vacated and a new status conference hearing date of July 7, 2006 at 9:00 a.m. be set.

Defense counsel continues to need additional time to analyze records, to conduct ongoing interviews, and research guideline issues regarding Booker.

The period from June 16, 2006 through and including July 7, 2006

1 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
2 Code T4 based upon continuity of counsel and defense preparation.
3 Dated: June 15, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
ROSEANNE LIU

Dated: June 15, 2006                MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Mary M. French for
                                    _____
                                    ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney
                                    per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 19, 2006

                /s/ Garland E. Burrell, Jr.
                GARLAND E. BURRELL, JR.
                United States District Judge

Stipulation & Order                 2