DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSEANNE LIU, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-S-05-143 GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE <br><br> Date:  August 25, 2006 <br> Time:  9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Robert Tice-Raskin, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of July 7, 2006 be vacated and a new status conference hearing date of August 25, 2006 at 9:00 a.m. be set.

Defense counsel continues to need additional time to analyze records, to conduct ongoing interviews, and research guideline issues regarding Booker.

The period from July 7, 2006 through and including August 25, 2006

1  should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
2  Code T4 based upon continuity of counsel and defense preparation.
3  Dated: July 6, 2006

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Mary M. French
                                            _____
                                            MARY M. FRENCH
                                            Supervising Assistant Federal Defender
                                            Attorney for Defendant
                                            ROSEANNE LIU

Dated: July 6, 2006                  MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Mary M. French for
                                            _____
                                            ROBERT TICE-RASKIN
                                            Assistant U.S. Attorney
                                            per telephonic authorization

                                     **ORDER**

**IT IS SO ORDERED.**

Dated:  July 7, 2006

                                            <u>/s/ Garland E. Burrell, Jr.</u>
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge