```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd  Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ROSEANNE LIU
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,       )  No. CR-S-05-143 GEB
12                                  )
                  Plaintiff,        )
13                                  )  STIPULATION AND [PROPOSED] ORDER
         v.                         )  CONTINUING STATUS CONFERENCE
14                                  )
    ROSEANNE LIU,                   )
15                                  )  Date:  September 8, 2006
                  Defendant.        )  Time:  9:00 a.m.
16                                  )  Judge: Garland E. Burrell, Jr.
    _____  )
17
18
19       It is hereby stipulated between the parties, Robert Tice-Raskin,
20  Assistant United States Attorney, attorney for plaintiff, and Mary M.
21  French, attorney for defendant, that the status conference hearing date
22  of August 25, 2006 be vacated and a new status conference hearing date
23  of September 8, 2006 at 9:00 a.m. be set.
24       Defense counsel has ordered additional medical records relating to
25  this case and is awaiting receipt of those records.  Defense counsel
26  also continues to need additional time to analyze records, to conduct
27  ongoing interviews, and research guideline issues.
28       The period from August 25, 2006 through and including September 8,
```

1  2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and
2  Local Code T4 based upon continuity of counsel and defense preparation.
3  Dated: August 25, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        ROSEANNE LIU


Dated: August 25, 2006                  MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Mary M. French for
                                        _____
                                        ROBERT TICE-RASKIN
                                        Assistant U.S. Attorney
                                        per telephonic authorization


                                **ORDER**

**IT IS SO ORDERED.**

Dated:  August 31, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stipulation & Order                     2