DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>ROSEANNE LIU,                )<br>                             )<br>            Defendant.       )<br>_____) | No. CR-S-05-143 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  November 17, 2006<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

    It is hereby stipulated between the parties, Robert Tice-Raskin, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of October 27, 2006 be vacated and a new status conference hearing date of November 17, 2006 at 9:00 a.m. be set.

    Defense counsel has ordered additional medical records relating to this case and is awaiting receipt of those records.  Defense counsel also continues to need additional time to analyze records, to conduct ongoing interviews, and research guideline issues.

    The period from October 27, 2006, through and including

1  November 17, 2006, should be excluded pursuant to 18 U.S.C.
2  §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
3  and defense preparation.
4  Dated: October 20, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
ROSEANNE LIU

Dated: October 20, 2006        MCGREGOR W. SCOTT
                               United States Attorney

/s/ Mary M. French for
_____
ROBERT TICE-RASKIN
Assistant U.S. Attorney
per telephonic authorization

ORDER

IT IS SO ORDERED.

Dated:  October 20, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation & Order                    2