DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSEANNE LIU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                 )<br>             Plaintiff,          )<br>                                 )<br>     v.                          )<br>                                 )<br> ROSEANNE LIU,                    )<br>                                 )<br>             Defendant.          )<br>                                 )<br>_____) | 2:05-cr-143-GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  December 15, 2006<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Robert Tice-Raskin, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the status conference hearing date of December 8, 2006 be vacated and a new status conference hearing date of December 15, 2006, at 9:00 a.m. be set.

The parties continue to work on a plea agreement and need additional time to finalize such agreement. Defense counsel must then meet with the client to review the plea agreement.

It is further stipulated that the period of time from December 8, 2006, through and including December 15, 2006, should be excluded

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.

3                                              Respectfully submitted,

4  Dated: December 7, 2006                     DANIEL J. BRODERICK
                                               Federal Defender
5
                                               /s/ Mary M. French
6                                              _____
                                               MARY M. FRENCH
7                                              Supervising Assistant Federal
                                               Defender
8                                              Attorney for Defendant
                                               ROSEANNE LIU
9

10
    Dated: December 7, 2006                    MCGREGOR W. SCOTT
11                                             United States Attorney

12
                                               /s/ Mary M. French for
13                                             _____
                                               ROBERT TICE-RASKIN
14                                             Assistant U.S. Attorney
                                               per telephonic authorization
15

16                                   **ORDER**

17  **IT IS SO ORDERED.**

18  Dated:  December 7, 2006

19
                            _[signature]_____
20                          GARLAND E. BURRELL, JR.
                            United States District Judge
21

Stipulation & Order                    2